FILED: MARCH 5, 2009
09CV1403
JUDGE LEFKOW
MAGISTRATE JUDGE KEYS
AO

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| G. NEIL GARRETT, DDS, PC,. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MERCER ADVISORS, INC., and )<br>JOHN DOES 1-10, )<br>Defendants. ) | No.<br>Removed from the Circuit Court of<br>Cook County, Illinois<br>Case No.: 2009 CH 04042 |

## NOTICE OF REMOVAL

Defendant Mercer Advisors, Inc. ("Mercer"), by and through its attorneys, Ice Miller, LLP, and for its Notice of Removal states as follows:

1. On January 30, 2009, plaintiff, G. Neil Garrett, DDS, PC filed an action in the Circuit Court of Cook County, Illinois, captioned G. Neil Garrett, DDS, PC v. Mercer Advisors, Inc. and John Does 1-10, No. 09CH04042 (the "State Court Action").

2. The Complaint in the State Court Action contains three counts based on Mercer's alleged transmittal of an unsolicited advertisement to plaintiff by fax. Count I purports to state claims against Mercer for violation of the federal Telephone Consumer Protection Act, 47 U.S.C. §277(b)(3)("TCPA"). Count II purports to state a claim for violation of the Illinois Consumer Fraud Act, 815 ILCS 525/2. Count III purports to state a common law claim for conversion. The plaintiff seeks to maintain each of these claims as a class action.

3. Plaintiff served the summons and the complaint from the State Court Action on Mercer on February 3, 2009. Copies of the summons and complaint in the State Court Action are attached hereto as Exhibit 1, pursuant to 28 U.S.C. §1446(a). No other process, pleadings or orders have been served on Mercer in the State Court Action. Accordingly, this Notice of

Removal is timely under 28 U.S.C. §1446(b), as it is filed within thirty days after Mercer was served with a copy of the Initial Pleading setting forth the claim for Relief upon which this action is based.

4. Removal of the State court Action to this Court is proper pursuant to 28 U.S.C. §1441(a). This Court has original federal question subject matter jurisdiction over Count I of the State Court Action under 28 U.S.C. §1331 because it asserts a claim under the TCPA, which is a law of the United States. This Court has federal question subject matter over TCPA claims, which are properly removable from state courts to this Court. *Brill v. Countryside Home Loans, Inc.*, 427 F.3d 446, 451 (7th Cir. 2005) ("removal of [TCPA claims]) is authorized… by §1441 because the claim arises under federal law"); *G.M. Sign, Inc. v. Franklin Bank*, S.S.B., No. 06 C 949, 2006 WL 1132386 at *3 (N.D. Ill. April 19, 2006) ("Brill…clearly stands for the notion that federal courts have 'arising under' jurisdiction over TCPA claims pursuant to 28 U.S.C. §1331, and that such claims are thus removable under 28 U.S.C. §1441").

5. This court also has supplemental jurisdiction over the remaining state law counts alleged in Counts II and III under Section 28 U.S.C. §1367(a), because those claims are so related to the federal TCPA claim as to form part of the same case or controversy. Plaintiff's claims to not raise novel or complex issues of Illinois law, and the state law claims do not predominate over plaintiff's federal TCPA claim, which provides for a statutory damage recovery far in excess of the actual damages recoverable for a violation of state law.

6. As mentioned above, this Notice of Removal is timely under 28 U.S.C. §1446(b) in that it was filed within thirty days after service of the summons and complaint on Mercer on February 3, 2009.

7.  Mercer will give prompt written notice of the filing of this Notice of Removal to counsel for plaintiff, and will file a copy of the Notice of Removal with the Clerk of the Circuit Court of Cook County, as provided by 28 U.S.C. §1446(d).

WHEREFORE, Mercer Advisors, Inc. requests that this State Court Action be removed to this Court, and that this Court issue any order or process as may be necessary to bring it before it all parties to the State Court Action, pursuant to 28 U.S.C. §1447(a).

MERCER ADVISORS, INC.

By: ____/s/ Thomas J. Hayes_____
    One of its Attorneys

Bart T. Murphy (ARDC No.: 6181178)
Thomas J. Hayes (ARDC No.: 6280179)
Ice Miller LLP
2300 Cabot Dr., Suite 455
Lisle Illinois 60532
630.955.0555

C/76891.1