# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2
### Eastern Division

G. Neil Garrett, DDS, PC

                                       Plaintiff,

v.                                                             Case No.: 1:09–cv–01403

                                                                   Honorable Joan H. Lefkow

Mercer Advisors, Inc., et al.

                                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 20, 2009:

      MINUTE entry before the Honorable Joan H. Lefkow:Case dismissed pursuant to Notice of Voluntary Dismissal [9]. Dismissal is with prejudice as to plaintiff's individual claims. Civil case terminated. Mailed notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.